UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK NEAL KINNEY,

        Plaintiff,                  Case No. 2:08-cv-58

v.                                        Honorable R. Allan Edgar

CINDI S. CURTIN, et al.,

        Defendants.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on August 27, 2008. The Report and Recommendation recommended denying Plaintiff's motion for a preliminary injunction and was duly served on the parties. The Court received objections from the Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit.

In his objections, Plaintiff states that the Magistrate Judge erred in recommending the denial of his motion for preliminary injunction. However, Plaintiff merely reasserts the claims set forth in his underlying motion. For the reasons stated in the report and recommendation, Plaintiff has not shown a strong likelihood of prevailing on the merits, or that he will suffer irreparable injury absent the injunction.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that plaintiff's motion for a preliminary injunction (docket #2) is DENIED.


Dated: 10/16/08                                      /s/ R. Allan Edgar
                                                R. Allan Edgar
                                                United States District Judge